UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAN FERROSTAAL, INC.

        Plaintiff,                          07 CIV. 3891 (JGK)
                                                            ECF CASE

    -against-

M/V MOON SEA, her engines, boilers, tackle, etc.,    **RULE 7.1 STATEMENT**
KINDER MORGAN BULK TERMINALS, INC.,
SKARSUN LTD., SKAARUP MANAGEMENT
(HONG KONG) CO. LTD., MOON SEA
SHIPPING LTD., KEY MARITIME LTD.,
COSCO BULK CARRIER CO LTD. (COSCO
BULK),
                       Defendants.
-----------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

 CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: May 16, 2007

                                             KINGSLEY, KINGSLEY & CALKINS
                                             Attorneys for Plaintiff


                                             BY:___/S/_____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064     HK8660
                                               hmk@kingsleyandkingsley.com