# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

MAN FERROSTAAL, INC.

        Plaintiff,

V.

M/V MOON SEA, her engines, boilers, tackle, etc.,
KINDER MORGAN BULK TERMINALS, INC.,
SKARSUN LTD., SKAARUP MANAGEMENT
(HONG KONG) CO. LTD., MOON SEA
SHIPPING LTD., KEY MARITIME LTD.,
COSCO BULK CARRIER CO LTD. (COSCO
BULK),

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CIV 3891

JUDGE KOELTL

TO: (Name and address of defendant)

KINDER MORGAN BULK TERMINAL, INC.
1 Sinter Road
Fairless Hills, PA 10930

SKARSUN LTD.
c/o SKAARUP SHIPPING CORP.
66 Field Point Road
Greenwich, CT 06830

SKAARUP MANAGEMENT (HONK KONG) CO. LTD.
c/o SKAARUP SHIPPING CORP.
66 Point Road
Greenwich, CT 06830

MOON SEA SHIPPING LTD.
c/o SKAARUP SHIPPING CORP.
66 Point Road
Greenwich, CT 06830

KEY MARITIME LTD.
c/o RELIANCE SHIPPING LTD.
500 PLACE D'ARMES
Suite 2050
Montreal, Canada H2Y 2W2

COSCO BULK CARRIER CO LTD
(COSCO BULK)
Room 901A, Ocean Shipping Building 1,
Ocean Plaza
Hebei Qu, Tianjin, 300010 China

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 7 2007

CLERK  J. MICHAEL MCMAHON

(BY) DEPUTY CLERK  *Marcos Quintero*

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 1, 2007 |
| NAME OF SERVER (PRINT) Paul L. Verille | TITLE State Marshal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: James P. Haygood, Building Services Mgr., is authorized to accept service for Stearnup Management (Hong Kong) Co., Ltd. c/o Stearnup Shipping Corp., 66 Field Point Rd., Greenwich, CT

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL — PROCESS $30.00 | COPIES 6.00 ENDORSEMENT .40 | SERVICES .20 | TOTAL $36.60 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 1, 2007
               Date

Paul L. Verille
Signature of Server

1856 Summer St, Stamford, CT 06905
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.