UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAN FERROSTAAL, INC

               Plaintiff,

-V-

M/V MOON SEA, her engines, boilers, tackle, etc., KINDER MORGAN BULK TERMINALS, INC., SKARSUN LTD., SKAARUP MANAGEMENT (HONG KONG) CO LTD., MOON SEA SHIPPING LTD., KET MARITIME LTD., COSCO BULK CARRIER CO LTD. (COSCO BULK)

               Defendants.

**CERTIFICATE OF MAILING**

07 CV 3891 (JGK)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**6TH day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17TH day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 297 887

CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 18, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL INC. v. M/V MOON SEA, et al



Dear Sir/Madam:

Enclosed please find Summons and Complaint on the following defendants pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)(c) (ii):

KEY MARITIME SHIPPING LTD.
C/O RELIANCE SHIPPING LTD.
500 PLACE D'ARMES, SUITE 2050
MONTREAL, CANADA H2Y 2W2

Very truly yours,

*[signature]*

HMK/jb
Encl.