UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.

            Plaintiff,

            -V-

M/V MOON SEA, her engines, boilers, tackle, etc., KINDER MORGAN BULK TERMINALS, INC., SKARSUN LTD., SKAARUP MANAGEMENT (HONG KONG) CO. LTD., MOON SEA SHIPPING LTD., KEY MARITIME LTD., COSCO BULK CARRIER CO LTD. (COSCO BULK)

            Defendants.



**CERTIFICATE OF MAILING**

07 CV 3891 (JGK)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**6TH day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17TH day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 297 900

*J. Michael McMahon*
            CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 18, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  MAN FERROSTAAL, INC. v. M/V MOON SEA, et al
             07 CIV 3891(JGK)
             Our Ref: FS 7904

[Registered Mail receipt overlay:]

Registered No. RB632297900US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp 0004 01 06/06/07

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801

TO: COSCO BULK CARRIER CO., LTD.
ROOM 901A, OCEAN SHIPPING BLDG.
1, OCEAN PLAZA HEBEI QU,
TIANJIN 300010 CHINA

PS Form 3806, June 2002, Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For delivery information, visit our website at www.usps.com®

Complaint on the following defendants Civil Procedure Rule 4: (f)(2)(c) (ii):

ER CO LTD.
...ipping Building 1,
...010 China

Very truly yours,

[signature]

Encl.