# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

MAN FERROSTAAL, INC.

          Plaintiff,

V.

M/V MOON SEA, her engines, boilers, tackle, etc., KINDER MORGAN BULK TERMINALS, INC., SKARSUN LTD., SKAARUP MANAGEMENT (HONG KONG) CO. LTD., MOON SEA SHIPPING LTD., KEY MARITIME LTD., COSCO BULK CARRIER CO LTD. (COSCO BULK),

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CIV 3891

JUDGE KOELTL

TO: (Name and address of defendant)

KINDER MORGAN BULK TERMINAL, INC.
1 Sinter Road
Fairless Hills, PA 10930

SKARSUN LTD.
c/o SKAARUP SHIPPING CORP.
66 Field Point Road
Greenwich, CT 06830

SKAARUP MANAGEMENT (HONK KONG) CO. LTD.
c/o SKAARUP SHIPPING CORP.
66 Point Road
Greenwich, CT 06830

MOON SEA SHIPPING LTD.
c/o SKAARUP SHIPPING CORP.
66 Point Road
Greenwich, CT 06830

KEY MARITIME LTD.
c/o RELIANCE SHIPPING LTD.
500 PLACE D'ARMES
Suite 2050
Montreal, Canada  H2Y 2W2

COSCO BULK CARRIER CO LTD
(COSCO BULK)
Room 901A, Ocean Shipping Building 1,
Ocean Plaza.
Hebei Qu, Tianjin, 300010 China

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 7 2007

CLERK  J. MICHAEL MCMAHON

*Marcos Quintero*

(BY) DEPUTY CLERK                                 DATE

# BUCKS COUNTY
## SHERIFF'S RETURN

OS

1 of 1

Bucks County Case # 200731167

Invoice to be mailed to
County Sheriff's Office

Attn: NEW YORK
HAROLD M. KINGLEY, ESQ
91 WEST CHERRY ST
HICKSVILLE, NY 11801

HAROLD M. KINGLEY, ESQ

Special Instructions

Filed 5/17/2007  in NEW YORK
Bucks Case # 200731167    Rec'd 5/29/2007
Special Instructions _____

Fork mill

Action Civil Action SUM & COMPLAINT
Plaintiff MAN FERROSTAAL, INC
- VS -
Defendant KINDER MORGAN BULK TERMINAL, INC
1 SINTER ROAD
FAIRLESS HILLS, PA 19030

Address Served if Different

Served under Pa. R.C.P. #402
___ (A)(1) Defendant personally served
___ (A)(2)(i) Family Member
___ (A)(2)(i) Adult in Charge of Residence
___ (A)(2)(ii) Manager/Clerk at Deft's Lodging
X  (A)(2)(iii) Person in Charge of Business
By Handling to William Flannagan

___ By Posting

**Not Served**
___ 30 Days Ran Out          ___ Defendant Not Home
___ Defendant Moved          ___ Address Vacant
___ Defendant Unknown        ___ Deputy needs better address
___ Checked Post Office      ___ No Forwarding
___ Forwarding Address _____

Twp./Boro Falls
By Deputy _____
Witness
At 11:45 o'clock (AM/PM) on 6/4/07
The above documents was served/not served on the defendant as per information listed above in the County of Bucks, Commonwealth of Pennsylvania.
So answers: _____
Sheriff of Bucks County

Affirmed and Subscribed before me on this day 6/12/07

Prothonotary
Affirmed and subscribed before me on this day 6/12/07

Notary Public
My Com. Exp. 6-8-07

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
OLIVER A GROMAN JR, Notary Public
City of Doylestown Boro, Bucks County
My Commission Expires January 9, 2011

5/29/07
1146
1001

Notes

OFFICIAL RECEIPT
RECEIPT # 2007 1 07908
TRANSACTION # SM 2007 31167
FOR H KINGSLEY AND KI
05/29/2007    10:31
PC #0008734        48.00
TOTAL PAID         48.00
TOTAL COST         48.00
CHANGE              0.00
THANK YOU