11736-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
MAN FERROSTALL, INC.,                                              :
                                                                   :
              **Plaintiff,**    :    07 CIV 3891 (JGK)
    v.                                                          :
M/V "MOON SEA," its engines, tackles, boilers, etc.,               :
KINDER MORGAN BULK TERMINALS, INC.,                                :    NOTICE PURSUANT
SKARSUN LTD., SKAARUP MANAGEMENT                                   :    FED. R. CIV. P. 7.1
(HONG KONG) CO. LTD., MOON SEA SHIPPING                            :
LTD., KEY MARITIME LTD., COSCO BULK                                :
CARRIER CO. LTD. (COSCO BULK),                                     :
                                                                   :
              **Defendants.**   :
------------------------------------------------------------------ x

      Defendant, **KEY MARITIME LTD.**, by its attorneys, **JUNGE & MELE, LLP**, pursuant to the Fed. R. Civ. P. 7.1(a), hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

      Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on November 26, 2007

                            Respectfully submitted,
                            JUNGE & MELE, LLP
                            *Attorneys for Defendant*
                            *Key Maritime Ltd.*

                              /s/ Peter A. Junge
                    By_____
                            Peter A. Junge (PJ-0745)
                            29 Broadway - 9th Floor
                            New York, NY 10006
                            (212) 269-0061