600-60

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
SKARSUN LTD., SKAARUP MANAGEMENT
(HONG KONG) CO. LTD. and
MOON SEA SHIPPING LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,                07 Civ. 3891 (JGK)

       -against-

M/V MOON SEA, her engines, boilers, tackle,      **FED. R. CIV. P.**
etc., KINDER MORGAN BULK TERMINALS,      **7.1 CERTIFICATION**
INC., SKARSUN LTD., SKAARUP
MANAGEMENT (HONG KONG) CO. LTD.,
MOON SEA SHIPPING LTD., KEY MARITIME
LTD., COSCO BULK CARRIER CO. LTD.
(COSCO BULK),

                Defendants.
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendants SKARSUN LTD., SKAARUP MANAGEMENT (HONG KONG) CO. LTD. and MOON SEA SHIPPING LTD., certifies upon information and belief that Defendants have no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York


Dated:  New York, New York
       November 28, 2007

2

                **DeORCHIS, WIENER & PARTNERS, LLP**
                Attorneys for Defendants
                SKARSUN LTD., SKAARUP MANAGEMENT
                (HONG KONG) CO. LTD. and
                MOON SEA SHIPPING LTD.


                By:   /s/ Christopher H. Mansuy
                     **Christopher H. Mansuy**
                     61 Broadway, 26th Floor
                     New York, New York  10006-2802
                     (212) 344-4700
                     Our File:  600-60

W:\600-60\Legals\Rule 7.1, 112707, Chm.Doc 11/28/07-kc