UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Man Ferrostaal,

                             Plaintiff,

    - against –

M/V Moon Sea, et al.,

                            Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/04/07

07 Civ. 3891 ( JGK )( FM )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ____ |

SO ORDERED.

DATED:   New York, New York
            December 3, 2007

                                               John G. Koeltl
                                             United States District Judge

* Do not check if already referred for general pretrial.