CHALOS, O'CONNOR & DUFFY
Attorneys for Defendant
Kinder Morgan Bulk Terminals, Inc.,
366 Main Street
Port Washington, New York 11050
(516) 767-3600
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.

               Plaintiff,                              07 CIV. 3891 (JGK)
                                                          ECF CASE
   -against-

M/V MOON SEA, her engines, boilers, tackle, etc.,
KINDER MORGAN BULK TERMINALS, INC.,                   **RULE 7.1**
SKARSUN LTD., SKAARUP MANAGEMENT                         **STATEMENT**
(HONG KONG) CO. LTD., MOON SEA
SHIPPING LTD., KEY MARITIME LTD.,
COSCO BULK CARRIER CO LTD. (COSCO
BULK),
               Defendants.
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Kinder Morgan Bulk Terminals, Inc. certifies that Defendant Kinder Morgan Bulk Terminals, Inc. is a wholly-owned subsidiary of Kinder Morgan Energy Partners, L.P., which is publicly traded on the New York Stock Exchange under the ticker symbol "KMP."

Dated: Port Washington, New York
      December 4, 2007

                                          CHALOS, O'CONNOR & DUFFY
                                          Attorneys for Defendant
                                          Kinder Morgan Bulk Terminals, Inc.,

By: _____
        Owen F. Duffy (OD-3144)
        George E. Murray (GM-4172)
        366 Main Street
        Port Washington, New York 11050
        (516) 767-3600