# CHALOS, O'CONNOR & DUFFY

## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

*Admitted in NY & NJ

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-312

**MEMO ENDORSED**

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Owen F. Duffy
Partner
ofd@codus-law.com

March 3, 2008

Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312
Fax: (212) 805-6724

*Via Fax*

Re: Man Ferrostaal Inc. v. M/V MOON SEA, et al.
    07 CV 3891 (JGK)(FM)
    COD Ref.: 500171.038

*[Handwritten endorsement:]* The conference is adjourned to 3/13/08 at 2pm, but will be cancelled if a stipulation of discontinuance is received before then.
/s/ Maas, USMJ
3/3/08

Dear Judge Maas:

We are attorneys for the Defendant Kinder Morgan Bulk Terminals, Inc. in the above-referenced matter. The purpose of this letter is to request a one week adjournment of the settlement conference now scheduled in this matter.

Pursuant to your Individual Practice Rule 1E, and in review, this is a small claim for about $8,000, involving seven different named defendants. The settlement conference in this matter is currently scheduled for March 6, 2008 at 2:30 p.m., there have been no previous requests for an adjournment in this matter, and the other parties that have appeared in this action consent to a one week adjournment of the settlement conference. Finally, it should be noted that this request is being made more than 48 hours prior to the scheduled conference and is made in the hope that this case for around $8,000.00 will settle before then and is due to recently scheduled conferences brought on by orders to show cause that were not anticipated.

We thank you for your attention to this matter.

Respectfully submitted,

CHALOS, O'CONNOR & DUFFY

Owen F. Duffy

CHALOS, O'CONNOR & DUFFY LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

To:     *via Email*
        Kingsley, Kingsley & Calkins
        Attorneys for Plaintff Man Ferrostaal, Inc.
        91 West Cherry Street
        Hicksville, New York 11801
        hmk@kingsleyandkingsley.com

        Attn:   Steven P. Calkins, Esq.


To:     *via Email*
        Mahoney & Keane LLP
        Attorneys for Defendants Skarsun Ltd., Skaarup Management (Hong Kong) Co. Ltd. and
        Moon Sea Shipping Ltd.
        111 Broadway, 10th Floor
        New York, NY 10006
        cmansuy@mahoneykeane.com

        Attn: Christopher H. Mansuy, Esq.


To:     *via Email*
        Junge & Mele, LLP
        Attorneys for Defendant Key Maritime Ltd.
        29 Broadway, 9th Floor
        New York, New York 10006-3101
        pjunge@junge-mele.com
        attorneys@junge-mele.com

        Attn:   Peter A. Junge, Esq.