| Edward A. Keane* | **MAHONEY & KEANE, LLP** | Connecticut Office |
|---|---|---|
| Cornelius A. Mahoney* | *Attorneys at Law* | |
| Garth S. Wolfson* | *111 Broadway, Tenth Floor* | 14 Pilgrim Lane |
| | *New York, New York 10006* | Weston, CT 06883 |
| Jorge A. Rodriguez*† | Telephone (212) 385-1422 | Tel: (203) 222-1019 |
| | Facsimile (212) 385-1605 | Fax:(203) 222-0252 |
| Of Counsel | lawoffices@mahoneykeane.com | |
| Stephen J. Murray | | |

*Also admitted in NJ
†Also admitted in CT

March 12, 2008

**MEMO ENDORSED**

Via fax 212 805-6724

Honorable Frank Maas
United States Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

*The conference is adjourned to March 28, 2008 at 2pm.*
*FMaas, USMJ, 3/12/08*

Re:  07 CIV 3891(JGK)(FM)
MAN FERROSTAAL, INC. v.
M/V MOON SEA, *et al.*
File No., 600-60

Dear Judge Maas

      I represent defendants, SKARSUN LTD., SKAARUP MANAGEMENT (Hong Kong) CO. LTD. and MOON SEA SHIPPING LTD. On March 11 I had a medical procedure which necessitates I remain at home until March 18. A settlement conference is presently scheduled for March 13, at 2:00 p.m. I respectfully request that the settlement conference be postponed until a date after March 18th as I will be unable to attend on Thursday March 13.

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
Christopher H. Mansuy

CHM/mtc

**MAHONEY and KEANE**

cc:   VIA FAX 516 931-4313

Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801


VIA FAX  516 767-3605

Chalos O'Connor & Duffy
366 Main Street
Port Washington, NY 11050


VIA FAX  212 269-0515

Junge & Mele, LLP
29 Broadway
New York. NY 10006