```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAL,

                Plaintiff(s)                      07 civ 3891 (JGK)

      -against-                      ORDER OF DISCONTINUANCE

M/V MOON SEA,

                Defendant(s).
------------------------------------------------------------X

    It having been reported to this Court that the parties have settled this action,

    It is, on this 1ST day of **April,** 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                        JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        April 1, 2008