APR-14-2008 10:10                                                                P.01/02

HMK/em FS 7904

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

------------------------------------------------------------X
MAN FERROSTAAL, INC.

        Plaintiff,

-against-

M/V MOON SEA, her engines, boilers, tackle, etc.,
KINDER MORGAN BULK TERMINALS, INC.,
SKARSUN LTD., SKAARUP MANAGEMENT
(HONG KONG) CO. LTD., MOON SEA
SHIPPING LTD., KEY MARITIME LTD.,
COSCO BULK CARRIER CO LTD. (COSCO
BULK),

        Defendants.
------------------------------------------------------------X

07 CIV. 3891 (JGK)(FM)
ECF CASE

ORDER AND
STIPULATION OF
DISMISSAL

    This matter having been settled in all respects, it is hereby dismissed with prejudice as to all claims, cross-claims and counterclaims herein and without costs to any party.

Dated: March 28, 2008
Consented to,

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

BY: _____
HAROLD M. KINGSLEY
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

MAHONEY & KEANE, ESQS.
Attorneys for SKARSUN LTD. and
SKAARUP MANAGEMENT (HONG
KONG) CO. LTD.

BY: _____
CHRISTOPHER H. MANSUY
111 Broadway, 10th Floor
New York, NY 10006
(212) 385-1422

CHALOS, O'CONNOR & DUFFY, ESQS.   JUNGE & MELE, ESQS.
Attorneys for KINDER MORGAN BULK  Attorneys for Key Maritime, Ltd.
TERMINALS, INC.

BY: *Owen F. Duffy / [signature]*        BY: *[signature]*
OWEN F. DUFFY, III                         PETER A. JUNGE
366 Main Street                            29 Broadway
Port Washington, NY 11050                  New York, NY 10006
(212) 767-3600                             (212) 269-0061

*George E. Aumy (GA-4172)*

SO ORDERED,

*[signature]*  6/16/08
―――――――――――――――
JOHN G. KOELTL, U.S.D.J.

Dated: 4/15/08